**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

James Broadnax

v.                                                                 Case Number: 4:24–cv–03132

Melissa Elliott, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/8/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   December 2, 2024

                                                                                Nathan Ochsner, Clerk