UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES BROADNAX,<br><br>        Plaintiff,<br><br>v.<br><br>LIZETTE FERNANDEZ, CHRISTY WALLER, SAMANTHA HORN, JONI SCHAEFFER, JAMAR BEY, PAUL REILLEY, SUZANNE FULTS, ALBERT PERKINS, BRYAN COLLIER, BOBBY LUMPKIN, LANNETTE LINTHICUM, and OWEN MURRAY in their individual capacities,<br><br>        Defendants. | Case No. 4:24-cv-03132 |

## STIPULATION AND PROPOSED ORDER

WHEREAS, by Order entered on October 30, 2024, the Court authorized Plaintiff James Broadnax to file his amended complaint no later than November 25, 2024, (ECF 30);

WHEREAS, Plaintiff filed his amended complaint on November 25, 2024, (ECF 35);

WHEREAS, Defendant Owen Murray filed a motion to dismiss on December 16, 2024, (ECF 48);

WHEREAS, Defendants Bryan Collier, Bobby Lumpkin, and Lannette Linthicum filed a motion to dismiss on December 20, 2024, (ECF 56);

WHEREAS, Plaintiff and Defendants Murray, Collier, Lumpkin, and Linthicum have agreed, subject to the approval of the Court, to extend the following deadlines:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants Murray, Collier, Lumpkin, and Linthicum as follows:

    1. Plaintiff shall consolidate his opposition to Defendant Murray's motion to dismiss with that of Defendants Collier, Lumpkin, and Linthicum.

2. Plaintiff shall file a consolidated opposition to Defendants Murray, Collier, Lumpkin, and Linthicum's motions to dismiss no later than January 21, 2025.

Dated: December 20, 2024

By /s/ *Steven C. Herzog*
　　Steven C. Herzog
　　Pietro J. Signoracci
　　Kennedy Ellen Barber-Fraser
　　Julia Victoria Logue

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3317
Facsimile: (212) 492-0317
sherzog@paulweiss.com
psignoracci@paulweiss.com
kbarberfraser@paulweiss.com
jlogue@paulweiss.com

*Counsel for Plaintiff James Broadnax*

**KEN PAXTON**
Attorney General of Texas
**BRENT WEBSTER**
First Assistant Attorney General
**RALPH MOLINA**
Deputy First Assistant Attorney General
**JAMES LLOYD**
Deputy Attorney General for Civil Litigation
**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division


By /s/ *Alyssa Cervantes*
　　Alyssa Cervantes
　　Assistant Attorney General

*Counsel for Defendants Bryan Collier, Bobby Lumpkin, and Lannette Linthicum*


By /s/ *Alyson Chensasky*
　　Alyson Chensasky
　　Assistant Attorney General

*Counsel for Defendant Owen Murray*

SO ORDERED:


_____  _____
Dated  Hon. Lee H. Rosenthal
  United States District Judge

## CERTIFICATE OF SERVICE

  I hereby certify that on December 20, 2024, I electronically filed the foregoing document with the Clerk for the United States District Court, Southern District of Texas.  The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

            By: */s/ Steven C. Herzog*
               Steven C. Herzog, Esq.