United States District Court
Southern District of Texas
**ENTERED**
December 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES BROADNAX,<br><br>Plaintiff,<br><br>v.<br><br>LIZETTE FERNANDEZ, CHRISTY WALLER, SAMANTHA HORN, JONI SCHAEFFER, JAMAR BEY, PAUL REILLEY, SUZANNE FULTS, ALBERT PERKINS, BRYAN COLLIER, BOBBY LUMPKIN, LANNETTE LINTHICUM, and OWEN MURRAY in their individual capacities,<br><br>Defendants. | Case No. 4:24-cv-03132 |

## UNOPPOSED ORDER

On this day came to be heard **Plaintiff James Broadnax's Unopposed Motion for Extension of Time to File Brief in Opposition to Defendants' Lizette Fernandez, Samantha Horn, Joni Schaeffer, Jamar Bey, Paul Reilley, Suzanne Fults' Motions to Dismiss**. The Court is of the opinion that the motion should be granted. **IT IS ORDERED** that Plaintiff's unopposed motion for extension of time is **GRANTED**.

It is **ORDERED** that Plaintiff's deadline to file a brief in opposition to motions to dismiss filed by Defendants Horn, Schaeffer, Bey, Fults, Fernandez, and Reilley is **January 17, 2025**.

Signed this 30th day of December, 2024.