United States District Court
Southern District of Texas
**ENTERED**
December 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES BROADNAX,<br><br>    Plaintiff,<br><br>v.<br><br>LIZETTE FERNANDEZ, CHRISTY WALLER, SAMANTHA HORN, JONI SCHAEFFER, JAMAR BEY, PAUL REILLEY, SUZANNE FULTS, ALBERT PERKINS, BRYAN COLLIER, BOBBY LUMPKIN, LANNETTE LINTHICUM, and OWEN MURRAY in their individual capacities,<br><br>    Defendants. | Case No. 4:24-cv-03132 |

## STIPULATION AND ORDER

WHEREAS, by Order entered on October 30, 2024, the Court authorized Plaintiff James Broadnax to file his amended complaint no later than November 25, 2024, (ECF 30);

WHEREAS, Plaintiff filed his amended complaint on November 25, 2024, (ECF 35);

WHEREAS, Defendant Owen Murray filed a motion to dismiss on December 16, 2024, (ECF 48);

WHEREAS, Defendants Bryan Collier, Bobby Lumpkin, and Lannette Linthicum filed a motion to dismiss on December 20, 2024, (ECF 56);

WHEREAS, Plaintiff and Defendants Murray, Collier, Lumpkin, and Linthicum have agreed, subject to the approval of the Court, to extend the following deadlines:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants Murray, Collier, Lumpkin, and Linthicum as follows:

1. Plaintiff shall consolidate his opposition to Defendant Murray's motion to dismiss with that of Defendants Collier, Lumpkin, and Linthicum.

2. Plaintiff shall file a consolidated opposition to Defendants Murray, Collier, Lumpkin, and Linthicum's motions to dismiss no later than January 21, 2025.

Case 4:24-cv-03132   Document 61   Filed on 12/30/24 in TXSD   Page 2 of 4

Dated: December 20, 2024

By /s/ *Steven C. Herzog*
    Steven C. Herzog
    Pietro J. Signoracci
    Kennedy Ellen Barber-Fraser
    Julia Victoria Logue

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3317
Facsimile: (212) 492-0317
sherzog@paulweiss.com
psignoracci@paulweiss.com
kbarberfraser@paulweiss.com
jlogue@paulweiss.com

*Counsel for Plaintiff James Broadnax*

**KEN PAXTON**
Attorney General of Texas
**BRENT WEBSTER**
First Assistant Attorney General
**RALPH MOLINA**
Deputy First Assistant Attorney General
**JAMES LLOYD**
Deputy Attorney General for Civil Litigation
**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

By /s/ *Alyssa Cervantes*
    Alyssa Cervantes
    Assistant Attorney General

*Counsel for Defendants Bryan Collier, Bobby Lumpkin, and Lannette Linthicum*

By /s/ *Alyson Chensasky*
    Alyson Chensasky
    Assistant Attorney General

*Counsel for Defendant Owen Murray*

SO ORDERED:

12/30/2024
Dated

Hon. Lee H. Rosenthal
United States District Judge