UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES BROADNAX,<br><br>        Plaintiff,<br><br>v.<br><br>LIZETTE FERNANDEZ, CHRISTY WALLER, SAMANTHA HORN, JONI SCHAEFFER, JAMAR BEY, PAUL REILLEY, SUZANNE FULTS, ALBERT PERKINS, BRYAN COLLIER, BOBBY LUMPKIN, LANNETTE LINTHICUM, and OWEN MURRAY in their individual capacities,<br><br>        Defendants. | Case No. 4:24-cv-03132 |

## CLERK'S ENTRY OF DEFAULT

On this day came on to be heard Plaintiff's Request for Entry of Default against Defendants Officer Christy Waller, also known as Officer Christy Fisher, and Officer Albert Perkins (collectively, "Defendants"). Although Defendants were cited to appear and answer, Defendants have failed to file an answer, appear, or otherwise file responses in this matter within the time allowed by law.

IT IS ORDERED that default is entered against Defendants Officer Christy Waller, also known as Officer Christy Fisher, and Officer Albert Perkins.

SIGNED on this the 9th day of January, 2025.

_____
COURT CLERK